**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **ROCHELLE M. (CARTER) WRIGHT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**COLUMBIA SUSSEX CORPORATION,** )<br>**d/b/a KNOXVILLE MARRIOTT** )<br>)<br>**Defendant.** ) | No. 3:06-CV-190<br>(Phillips) |

## ORDER

In this lawsuit, plaintiff Rochelle Carter Wright claims that she was terminated by Columbia Sussex because of her race (African-American), and/or in retaliation for engaging in activities protected by Title VII, in violation of 42 U.S.C. § 2000e, *et seq.*, 42 U.S.C. § 1981, and Tenn. Code Ann. § 4-21-101, *et seq.* Currently pending is the motion for summary judgment of defendant Columbia Sussex [Doc. 89].

Upon careful review of the record, the court finds that there are multiple issues of material fact which remain to be determined including: (1) whether plaintiff was discriminated against by Columbia Sussex on the basis of her race; (2) whether Columbia Sussex retaliated against plaintiff for opposing its alleged discriminatory hiring practices; and (3) whether Columbia Sussex's stated nondiscriminatory reason for terminating plaintiff's employment was a pretext for discrimination and/or retaliation.

Accordingly, Columbia Sussex's motion for summary judgment [Doc. 89] is hereby **DENIED.** The parties will prepare the case for trial.

**ENTER:**

s/ Thomas W. Phillips<br>United States District Judge